**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**230 CNC, LLC,**

**Plaintiff,**

**-against-**

**Frank M. DeBono Construction Corporation,**

**Defendant.**

**1:25-cv-10384 (GHW) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Discovery in this case closed on October 30, 2026. (*See* Court's 9/30/26 Order, ECF No. 31.) Accordingly, it is hereby ORDERED that, by Thursday, November 12, 2026, the parties shall file a joint letter stating whether either side intends to make a motion for summary judgment, and/or whether the parties wish to be referred to mediation.

**SO ORDERED.**

Dated: New York, New York
November 4, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge